IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMONT'A JONES,

    Plaintiff,

v.

MICHAEL DITTMANN ET AL,

    Respondents.

ORDER

Case No. 17-cv-854-wmc

Plaintiff has submitted a renewed motion to use his release account funds because he says he has insufficient funds in his general account. The language of 28 U.S.C. § 1915(b)(1) requires prison officials to use a prisoner's release account to satisfy an initial partial payment if no other funds are available. *Carter v. Bennett*, 399 F. Supp. 2d 936, 936-37 (W.D. Wis. 2005). However, with the exception of such initial partial payments, this court does not have the authority to tell state officials whether, and to what extent, a prisoner should be able to withdraw money from a release account. I will deny this motion.

ORDER

IT IS ORDERED that plaintiff Damont'a Jones's renewed motion for an order directing prison officials to pay the remainder of the filing fee in this case from plaintiff's release account is DENIED.

Entered this 30th day of November, 2018.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge

1