IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMONT'A D. JONES,

    Plaintiff,

v.

Case No. 17-cv-854-wmc

MICHAEL DITTMAN, SGT. DITTMAN, C.O. FISHER, 3RD SHIFT SUPERVISOR MILLER, SGT. JAUNKE, SGT. JAKUZS, C.O. LERVIC, C.O. BRANDAL, SGT. LOCKE, SGT. GARRY, C.O. 2 KRATZ, SGT. PETERSON, RN NAVARRO, RN. DIETRICH, C.O. 2 CATLIN, UNIT MANAGER HICKS, SGT. FREITOG, SECURITY DIRECTOR WEBER, AND SECURITY SEGOLOWSKI,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 01/15/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |